**Darlene COOLEY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND**
**SECURITY, Respondent.**

**No. 2008–3347.**

United States Court of Appeals,
Federal Circuit.

April 7, 2009.

Lloyd Edward Tooks, of San Diego, CA, argued for petitioner.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil

Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel was Tara K. Hogan, Trial Attorney. Of counsel on the brief was Jerrold E. Rishe, United States Department of Homeland Security, of Los Angeles, CA.

LOURIE, FRIEDMAN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.